United States Bankruptcy Court for the:

__Southern__ District of __California__
(State)

Case number (*If known*): _____ Chapter __11__

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | QMS Holdings, LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

f/k/a Qello Holdings LLC

**3. Debtor's federal Employer Identification Number (EIN)**

32-0375148

**4. Debtor's address**

Principal place of business

9909 Mira Mesa Blvd.
Number    Street

Suite 230

San Diego       CA    92131
City          State    ZIP Code

San Diego
County

Mailing address, if different from principal place of business

_____
Number    Street

_____
P.O. Box

_____
City          State    ZIP Code

Location of principal assets, if different from principal place of business

_____
Number    Street

_____

_____
City          State    ZIP Code

**5. Debtor's website (URL)**

_____

Debtor      **QMS Holdings, LLC** _____      Case number *(if known)*_____
     Name

---

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    <u>5</u>   <u>1</u>   <u>9</u>   <u>1</u>

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply:*
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

---

Debtor     QMS Holdings, LLC
_____
Name

Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.    District _____    When _____    Case number _____
                                                                    MM / DD / YYYY

          District _____    When _____    Case number _____
                                                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.    Debtor    See Annex 1 _____    Relationship _____

          District _____    When _____
                                                          MM / DD / YYYY

          Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number          Street

                          _____

                          _____        _____
                          City                                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

**Statistical and administrative information**

Debtor _____QMS Holdings, LLC_____     Case number *(if known)*_____
                  Name

---

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15.** **Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.** **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **08/25/2020**
              MM  / DD / YYYY

✗ _____          Neil Davis
   Signature of authorized representative of debtor          Printed name

Title   Chief Business Officer
        _____

---

Debtor    QMS Holdings, LLC             Case number *(if known)*_____

Name

**18. Signature of attorney**

✘ _____    Date   8/25/2020

Signature of attorney for debtor           MM  / DD / YYYY

Eric D. Goldberg

Printed name

DLA Piper LLP (US)

Firm name

2000 Avenue of the Stars, Suite 400 North Tower

Number      Street

Los Angeles                 CA      90067-4704

City                            State     ZIP Code

(310) 595-3000            eric.goldberg@us.dlapiper.com

Contact phone                     Email address

157544                             CA

Bar number                            State

## ANNEX 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a voluntary petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of their cases, with the lead case number assigned to the chapter 11 case of uCast, LLC.

| |
|---|
| uCast, LLC |
| Q Media Service, LLC |
| QMS Holdings, LLC |

## <u>AUTHORIZED OFFICER'S CERTIFICATE</u>

**August 11, 2020**

This Authorized Officer's Certificate (this "<u>Certificate</u>") is furnished in connection with those certain Chapter 11 petitions to be filed by uCast, LLC; QMS Holdings, LLC; and Q Media Services, LLC (each, a "<u>Company</u>," and collectively, the "<u>Companies</u>").

The undersigned, being an Authorized Officer of each Company, hereby certifies, solely in his capacity as such and not in his individual capacity and without personal liability, that attached hereto are copies of the resolutions duly adopted by the Governing Body (as such term is defined therein) of each Company on the date hereof, in accordance with the Limited Liability Company Agreement of each such Company and the requirements of applicable law, and such resolutions have not been modified, rescinded or amended and are in full force and effect as of the date of this Certificate.

**IN WITNESS WHEREOF**, I have hereunto signed my name on the date first written above.

By: _____

Name: <u>Neil Davis</u>

Title: <u>Authorized Officer</u>

**WRITTEN CONSENT OF THE SOLE MEMBER**
**AND MANAGERS OF**
**QMS HOLDINGS, LLC**

uCast Global Holdings, Ltd, being the sole member (the "Member") of and the Board of Managers consisting of Neil Davis, David Gentile, Kin Hui, Carl Katerndahl, and Sally Luhua Lin, being and constituting the current Board of Managers of the Company (as hereinafter defined) (collectively, the "Managers" and together with the Member, the "Governing Body") of QMS Holdings, LLC, a Delaware limited liability company (the "Company"), do hereby take the following actions by written consent in lieu of a meeting, pursuant to Section 18-302 of the Delaware Limited Liability Company Act, adopt the following recitals and resolutions, and direct that this written consent (the "Consent") be entered into the minute book of the Company.

**Approval of Bankruptcy Filing and Retention of Counsel**

**WHEREAS**, the Member and the Managers have considered the Company's financial position, and the strategic alternatives available to the Company;

**WHEREAS**, the Member and the Managers have reviewed, had the opportunity to consult with, and ask questions of, the Company's legal and financial advisors, and fully considered the strategic alternatives available to the Company;

**WHEREAS**, after being so informed, and after deliberation and careful consideration, in the judgment of the Member and the Managers of the Company it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file a voluntary petition for relief (the "Bankruptcy Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of California (San Diego) (the "Bankruptcy Court");

WHEREAS, in the judgment of the Member and the Managers of the Company, it is desirable and in the best interests of the Company to appoint Neil Davis as the Chief Business Officer of the Company to oversee the Bankruptcy Case for the Company, and to take all necessary and proper actions to oversee and administer the Bankruptcy Case, and to execute and file on behalf of the Company all petitions, schedules, lists, motions, certificates, declarations, other papers and documents, and to take any and all action that he deems necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business or to successfully prosecute the Bankruptcy Case; and

WHEREAS, in the judgment of the Member and the Managers of the Company, it is desirable and in the best interests of the Company to engage DLA Piper LLP (US) as general

4

bankruptcy counsel in the Bankruptcy Case, subject to the approval of the Bankruptcy Court.

**NOW, THEREFORE, BE IT RESOLVED**, that the Company shall be, and hereby is, authorized to file the Bankruptcy Case under the provisions of the Bankruptcy Code in the Bankruptcy Court; and

**BE IT FURTHER RESOLVED**, that the firm of DLA Piper LLP (US) is hereby retained as general bankruptcy counsel in the Bankruptcy Case, subject to Bankruptcy Court approval; and

**BE IT FURTHER RESOLVED**, that Mr. Davis is hereby appointed as the Chief Business Officer of the Company and authorized, empowered and directed, with full power of delegation, in the name and on behalf of the Company, to negotiate, execute, deliver, file and perform any agreement, document or certificate and to take and perform any and all further acts and deeds (including, without limitation, (i) the payment of any consideration and (ii) the payment of all fees, expenses and taxes) that he reasonably deems necessary, advisable or desirable in connection with the Company's Bankruptcy Case, including, without limitation, negotiation, executing, delivering, filing and performing any and all documents, agreements, certificates and/or instruments (or any amendments or modifications thereto) and other documents, in connection with the engagement of professionals and consultants contemplated by these resolutions, with a view to the successful prosecution of the Bankruptcy Case; and

**BE IT FURTHER RESOLVED**, that the Member and the Managers of the Company have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waives notice; and

BE IT FURTHER RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true authorized acts and deeds of the Company with the same force and effect as if each such act, action, transaction, agreement or certificate had been specifically authorized in advance by resolution of the Member and the Managers.

### Approval of Bankruptcy Filing and Retention of Counsel by Q Media Services, LLC

**WHEREAS**, the Company is the sole member of Q Media Services, LLC ("Q Media");

**WHEREAS**, the Member and the Managers have considered the financial position of Q Media, and the strategic alternatives available to Q Media;

**WHEREAS**, the Member and the Managers have reviewed, had the opportunity to consult with, and ask questions of, Q Media's legal and financial advisors, and fully considered the strategic alternatives available to Q Media;

**WHEREAS**, after being so informed, and after deliberation and careful consideration, in the judgment of the Member and the Managers of the Company it is desirable and in the best interests of the Company, its creditors and other parties in interest, that Q Media file a voluntary petition for relief under the Bankruptcy Code in the Bankruptcy Court

**WHEREAS**, in the judgment of the Member and the Managers of the Company, it is desirable and in the best interests of the Company to appoint Neil Davis as the Chief Business Officer of Q Media to oversee the Bankruptcy Case for Q Media, and to take all necessary and proper actions to oversee and administer the Bankruptcy Case, and to execute and file on behalf of Q Media all petitions, schedules, lists, motions, certificates, declarations, other papers and documents, and to take any and all action that he deems necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of Q Media's business or to successfully prosecute the Bankruptcy Case; and

**WHEREAS**, in the judgment of the Member and the Managers of the Company, it is desirable and in the best interests of the Company to engage DLA Piper LLP (US) as general bankruptcy counsel of Q Media in the Bankruptcy Case, subject to Bankruptcy Court Approval.

**NOW, THEREFORE, BE IT RESOLVED**, that the Company shall be, and hereby is, authorized to consent to and direct Q Media to file a Bankruptcy Case under the provisions of the Bankruptcy Code in the Bankruptcy Court; and

BE IT FURTHER RESOLVED, that the Company shall be, and hereby is, authorized to consent and direct Q Media to engage the firm of DLA Piper LLP (US) as general bankruptcy counsel to Q Media in the Bankruptcy Case, subject to Bankruptcy Court approval; and

**BE IT FURTHER RESOLVED**, that the Company shall be, and hereby is, authorized to consent to and direct Q Media to appoint Mr. Davis, as the Chief Business Officer and authorize, empower and direct him, with full power of delegation, in the name and on behalf of Q Media, to negotiate, execute, deliver, file and perform any agreement, document or certificate and to take and perform any and all further acts and deeds (including, without limitation, (i) the payment of any consideration and (ii) the payment of all fees, expenses and taxes) that he reasonably deems necessary, advisable or desirable in connection with Q Media's Bankruptcy Case, including, without limitation, negotiation, executing, delivering, filing and performing any and all documents, agreements, certificates and/or instruments (or any amendments or modifications

6

thereto) and other documents, in connection with the engagement of professionals and consultants contemplated by these resolutions, with a view to the successful prosecution of the Bankruptcy Case; and

**BE IT FURTHER RESOLVED**, that the Member and the Managers of the Company have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waives notice; and

**BE IT FURTHER RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true authorized acts and deeds of the Company with the same force and effect as if each such act, action, transaction, agreement or certificate had been specifically authorized in advance by resolution of the Member and the Managers.

WEST\291574285.1

**IN WITNESS WHEREOF**, each of the undersigned hereby consents to, and hereby approves and adopts in all respects, the recitals and resolutions set forth herein. Each of the undersigned has executed this Consent on the date set forth below. This Consent may be executed in one or more counterparts.

**Member:**
**uCast Global Holdings, Ltd**, as sole
Member of QMS Holdings, LLC

By: _____
Name:  Neil Davis
Title:  Authorized Officer
Date:  August 11, 2020

Signature Page to Written Consent

**Directors:**

_____
Neil Davis

Date:  August 11, 2020


_____
David Gentile

Date:  August 11, 2020


_____
Kin Hui

Date:  August 11, 2020


_____
Carl Katerndahl

Date:  August 11, 2020


_____
Sally Luhua Lin

Date:  August 11, 2020


Signature Page to Written Consent

**Directors:**

_____

Neil Davis

Date:  August 11, 2020

*David Gentile*
David Gentile (Aug 25, 2020 12:56 EDT)
_____

David Gentile

Date:  August 11, 2020

_____

Kin Hui

Date:  August 11, 2020

_____

Carl Katerndahl

Date:  August 11, 2020

_____

Sally Luhua Lin

Date:  August 11, 2020

Signature Page to Written Consent

**Directors:**

_____

Neil Davis

Date:  August 11, 2020

_David Gentile_
David Gentile (Aug 25, 2020 12:56 EDT)
_____

David Gentile

Date:  August 11, 2020

_____

Kin Hui

Date:  August 11, 2020

_____

Carl Katerndahl

Date:  August 11, 2020

_____

Sally Luhua Lin

Date:  August 11, 2020

Signature Page to Written Consent

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Chapter 11 |
| QMS Holdings, LLC, | Case No. __-_____ (___) |
| Debtor. | (Joint Administration Requested) |

## <u>CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of QMS Holdings, LLC certifies that the following corporate entity directly owns 10% or more of QMS Holdings, LLC's equity interest.

| Equity Holder | Percentage of Total Equity |
|---|---|
| uCast Global Holdings LLC | 100.00% |

Fill in this information to identify the case and this filing:

Debtor Name  QMS Holdings, LLC

United States Bankruptcy Court for the:  Southern District of California
                                                        (State)

Case number (*If known*):

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐  *Schedule H: Codebtors (Official Form 206H)*

☐  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐  *Amended Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Are Not Insiders (Official Form 204)*

☒  *Other document that requires a declaration* Statement of Corporate Ownership

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **08/25/2020**
                MM / DD / YYYY

/s/
Signature of individual signing on behalf of debtor

Neil Davis
Printed name

Chief Business Officer
Position or relationship to debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>QMS Holdings, LLC,<br><br>             Debtor. | Chapter 11<br><br>Case No. \_\_-\_\_\_\_\_ (\_\_\_)<br><br>(Joint Administration Requested) |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, QMS Holdings,

LLC hereby provides the following list of holders of equity interests:

| Name and Address of Interest Holder | Kind of Interest | Percentage of Interests Held |
|---|---|---|
| uCast Global Holdings LLC<br>9909 Mira Mesa Blvd.<br>Suite 230<br>San Diego, CA 92131 | Sole Member | 100.00% |

Fill in this information to identify the case and this filing:

Debtor Name: QMS Holdings, LLC

United States Bankruptcy Court for the: Southern District of California
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐    *Schedule H: Codebtors (Official Form 206H)*

☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐     *Amended Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒    *Other document that requires a declaration* List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **08/25/2020**
MM / DD / YYYY

/s/ _____
Signature of individual signing on behalf of debtor

Neil Davis
Printed name

Chief Business Officer
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: uCast Holdings, LLC, *et al.*

United States Bankruptcy Court for the: Southern District of California
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders, On a Consolidated Basis                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Stingray Music USA, Inc c/o Becker & Poliakoff, P.A. One East Broward Boulevard, Suite 1800 Fort Lauderdale, FL 33301 | Jack S. Kallus, Esq. Phone: (954) 987-7550 Email: jkallus@beckerlawyers.com | Litigation | Contingent, Unliquidated, Disputed | | | $1,400,000.00 |
| 2 | Loeb & Loeb LLP 10100 Santa Monica Boulevard, Suite 2200 Los Angeles, CA 90067 | Christopher J. Kelly, Esq. Phone: (310) 282-2263 Email: ckelly@loeb.com | | | | | $1,029,824.40 |
| 3 | HCL Technologies Corporate Services Technology Hub SEZ Plot No. 3A, Sector 126 Noida, Uttar Pradesh 201304 India | Website: www.hcltech.com | | | | | $942,628.00 |
| 4 | X3eam c/o Meloni & McCaffrey, P.C. 3 Columbus Circle, 15th Floor New York, NY 10019 | Robert S. Meloni, Esq. Phone: (212) 520-6090 Fax: (917) 210-3758 E-mail: rmeloni@m2lawgroup.com | | | | | $884,210.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5  Mazars USA LLP 135 W 50th Street New York, NY 10020 | Robert DeMeola Phone: (212) 812-7000 Fax: (212) 375-6888 Email: robert.demeola@mazarsusa.com | | | | | $289,935.50 |
| 6  Kanaan Jemili 11347 Belladonna Way San Diego, CA 92131 | Phone: (858) 337-5988 Email: kjemili@gmail.com | Payroll | | | | $279,313.20 |
| 7  Forstmann & Co. 1999 Avenue of the Stars, Suite 1100 Los Angeles, CA 90067 | Rex Wong Phone: (424) 253-1260 E-mail: contact@forstmanncompany.com | | | | | $175,000.00 |
| 8  Randall Cox 1314 Sagamore Lane Ventura, CA 93001 | Phone: (805) 302-2932 Email: rendall@coxinvest.tv | Payroll | | | | $153,526.68 |
| 9  Department of the Treasury, IRS 550 Main Street, Suite 10 Cincinnati, OH 45202 | Phone: (800) 829-4933 | Taxes | | | | $134,149.54 |
| 10  Walkers Global 190 Elgin Avenue George Town, Grand Cayman KY1-9001 | Craig McDermaid, Esq. Phone: (345) 914-6319 Email: craig.mcdermaid@walkersglobal.com | | | | | $116,704.65 |
| 11  Roger Julian Jackson 9909 Mira Blvd., Suite 230 San Diego, CA 92131 | Phone: (310) 463-5807 Email: roger@kinonation.com | Payroll | | | | $112,066.60 |
| 12  David Louis Ring 1971 Mandeville Canyon Road Los Angeles, CA 90049 | Phone: (310) 663-4360 Email: david@davidringmedia.com | Payroll | | | | $105,813.25 |
| 13  B.L.S.T. Marketing, Inc. 40 West 17th Street New York, NY 10011 | Brian Lisi | | | | | $88,445.27 |
| 14  8BY8 Wheel, Inc. 675 Creekside Way Campbell, CA 95008 | | | | | | $82,500.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15 | DME Law LLP 1900 Avenue of the Stars, 25th Floor Los Angeles, CA 90067 | Phone: (424) 777-3466 E-mail: ian@dmelaw.com | | | | | $75,900.00 |
| 16 | Abhishek Shivadas c/o Visaic 9909 Mira Mesa Blvd. Suite 230 San Diego, CA 92131 | Phone: (303) 775-4406 Email: | Payroll | | | | $72,946.68 |
| 17 | Rohini Mandayam 9909 Mira Mesa Blvd., Suite 230 San Diego, CA 92131 | Phone: (858) 761-7446 Email: | Payroll | | | | $62,456.63 |
| 18 | White Space Media Partners 3/18 Duke Street, Sunshine Beach Sunshine Coast, Queensland 4567 Australia | | | | | | $61,540.00 |
| 19 | James A. Prestiano, P.C. 535 West 24th Street Fourth Floor New York, NY 10014 | Phone: (631) 499-6000 | | | | | $60,660.00 |
| 20 | Venable LLP 1270 Avenue of the Americas New York, NY 10020 | Eric Prager Phone: (212) 503-9813 Email: eaprager@venable.com | | | | | $59,881.69 |

**Fill in this information to identify the case and this filing:**

Debtor Name ___uCast Holdings LLC, *et al.*_____

United States Bankruptcy Court for the:_____Southern District of California_____
(State)

Case number (*If known*):_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐    *Schedule H: Codebtors (Official Form 206H)*

☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐    *Amended Schedule* _____

☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐    *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on_____**08/24/2020**_____    ✕_____
MM / DD / YYYY    Signature of individual signing on behalf of debtor

Neil Davis_____
Printed name

Chief Business Officer_____
Position or relationship to debtor

EAST\174054016